BRETT A. SHUMATE
Assistant Attorney General

JOSHUA WU
Deputy Assistant Attorney General, Tax Litigation Branch

MATTHEW UHALDE
Trial Attorney, Tax Litigation Branch
Civil Division, Department of Justice
P.O. Box 683
Washington, DC 20044
202-353-0013
matthew.p.uhalde@usdoj.gov

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF CALIFORNIA

|  |  |
|---|---|
| NISHANTH MOHAN, ) | |
| ) | Case No. 4:25-cv-09691 |
| Plaintiffs, ) | |
| ) | **Order** |
| v. ) | |
| ) | |
| UNITED STATES OF AMERICA, ) | |
| ) | |
| Defendant. ) | |
| _____ ) | |

Upon joint stipulation and motion of the parties, and for good cause shown, the Court hereby GRANTS the joint motion to stay this case and ORDERS as follows:

1.     The Defendants' answer deadlines and the initial case management conference and related deadlines set forth in ECF No. 11 are VACATED.

2.     This case is hereby STAYED for six months from the date of this order.

3.     While the stay is in place, the parties shall jointly file status reports once every 60 days to inform the Court of their progress in resolving this dispute.

4.     To the extent that this case is resolved during the time this case is stayed, the parties shall promptly file a motion to lift the stay and dismiss the case.

1

5.    If this case is not resolved at the end of six months from the date of the order granting this motion, the parties shall file a motion to extend the stay setting forth in detail why an additional period of time is merited.

6.    If at any point any party wishes to litigate this case rather than pursue a negotiated resolution, that party may file a motion to lift the stay, and this case shall proceed.

Dated: 2/3/2026

IT IS SO ORDERED.

_____
United States District Judge